**Darlene HODGES, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 60441.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 24, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
April 22, 1992.

Application to Transfer Denied
June 2, 1992.

David Bruns, Public Defender, St. Louis, for movant, appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals from the denial of her Rule 24.035 motion without an evidentiary

---

hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).